UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

PRISCAH INGOSTSE INGUTIA and
L.K.I.,

      Plaintiffs,

v.                                **ORDER**
                                Civil File No. 08-1503 (MJD/JSM)

DAVID BAUXTER, et al.,

      Defendants.
_____

Marcus A. Jarvis, Jarvis & Associates, PC, Counsel for Plaintiffs.

Mary L. Trippler, Assistant United States Attorney, Counsel for Defendants.
_____

      The Court heard oral argument in this matter on June 24, 2008.

      For reasons to be explained in a memorandum of law to follow, and based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

    1.    Defendants' Motion to Dismiss [Docket No. 6] is **GRANTED** and Plaintiffs' Motion for Writ of Mandamus [Docket No. 1] is **DENIED**.

    2.    Plaintiffs' Motion for a Temporary Restraining Order [formerly Docket No. 2] is **DENIED**.

3. Plaintiffs' Motion for Joinder [Docket No. 12] is **DENIED**.

4. Plaintiffs' Motion in Opposition to Respondents' Motion to Dismiss and Motion to Join an Interested Party [Docket No. 22] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: June 25, 2008					s / Michael J. Davis
							Judge Michael J. Davis
							United States District Court